[Nos. 30620-8-III; 30668-2-III;  Division Three.  October 15, 2013.]
31177-5-III.

GARRETT RANCHES, LLC, *Respondent*, v. THE LARRY HONN
FAMILY LLC, *Appellant*.

Appeals from a judgment of the Superior Court for
Whitman County, No. 10-2-00293-4, David Frazier, J., entered February 3, 2012. By unpublished opinion per
Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.,
judgment *affirmed* in appeal No. 30668-2-III, and appeal
Nos. 30620-8-III and 31177-5-III *dismissed*.

[No. 30798-1-III.  Division Three.  October 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL A.
CARRILLO DENIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 11-1-00303-9, Bruce A. Spanner, J., entered
April 12, 2012. *Affirmed* by unpublished opinion per Kulik,
J., concurred in by Siddoway, A.C.J., and Brown, J.

[Nos. 30630-5-III; 31530-4-III.  Division Three.  October 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL FARIAS,
*Appellant*.

Appeals from a judgment of the Superior Court for Douglas County, No. 11-1-00002-1, John Hotchkiss, J., entered
February 6, 2012. *Affirmed* by unpublished opinion per
Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30848-1-III.  Division Three.  October 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CARL BRAGG,
*Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 11-1-00611-8, John M. Antosz, J., entered May
8, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J.,
concurred in by Brown and Fearing, JJ.